## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH BENITEZ DIAZ,      :     CIVIL ACTION

          vs.            :

EXPERIAN INFORMATION     :     NO. 15-03925
SOLUTIONS, INC.

### O R D E R

       **AND NOW, TO WIT:** This 4th day of January, 2016,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, it is

       **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

       **MICHAEL E. KUNZ**, Clerk of Court

       **BY:** */s/ Katie Furphy*
         Katie Furphy
         Civil Deputy Clerk

Copies Emailed on 1/4/16 to:
  Gregory J. Gorski, Esq.
  Mark D. Mailman, Esq.
  Michael Anderson Magee, Esq.
  Mohammad A. Ghiasuddin, Esq.

Civ 2 (7/83)

41.1(b)